LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RAYMOND GARCIA,<br><br>                Defendant | No. CV A 11-00258<br><br><br>CONSENT JUDGMENT |

    Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Raymond Garcia, in the principal amount of $5,842.98 plus interest accrued to December 27, 2010, in the sum of $8,700.74; with interest accruing thereafter at $1.37 daily until entry of judgment, for a total amount of **$14,543.72**.

DATED: 1/19/2011                By: TERRY NAFISI
                                            Clerk of the Court

                                                      Deputy Clerk
                                             United States District Court